UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTMED, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MICHAEL BYCE, <br><br> Defendant/Counter-Claimant. | Case No. 1:05-CV-333-MHW <br><br> **ORDER** |

Currently pending before the Court is Defendant's Motion to Vacate Judgments (Dkt. 130). The Court has been advised that the case has not settled. Upon review of the Ninth Circuit's Order remanding the matter to this Court and the parties' briefing, the Court finds it appropriate to vacate the judgments currently entered in this matter.

The Court will take up the issue remanded by the Ninth Circuit, that is whether and in what amount JustMed can recover damages on the conversion or breach of fiduciary duty claims and whether an injunction to prevent future misappropriate is warranted. While the parties have provided briefing on this matter in the Motion to Vacate Judgments and opposition, if the parties would like to provide further briefing on the subject, they shall indicate to the Court in writing by Friday, October 8, 2010 and the Court will set a briefing schedule. Otherwise, the Court will take up on the matter on the submissions now before it.

## ORDER

Defendant's Motion (Dkt. 130) is GRANTED.  The Judgment (Dkt. 87) entered on September 6, 2007 and the Amended Judgment and Permanent Injunction (Dkt. 118) entered on January 11, 2008, are vacated and reversed, pursuant to the Ninth Circuit Court of Appeals April 5, 2010 Opinion.



DATED: October 5, 2010

Honorable Mikel H. Williams
United States Magistrate Judge