UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JUSTMED, INC., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> MICHAEL BYCE, <br><br> Defendant/Counter-Claimant. | Case No. 1:05-CV-333-MHW <br><br> **ORDER** |

It has come to the Court's attention that Defendant Michael Byce filed a Bankruptcy Petition under Chapter 7 of the Bankruptcy Code on September 13, 2010. The Court was not notified by the parties of the filing until October 5, 2010, after an Order was entered in the current matter. In light of the Bankruptcy Code's automatic stay, 11 U.S.C. § 362, the Court finds it appropriate to withdraw the Order dated October 5, 2010 (Dkt. 144).

The Court notes that the Ninth Circuit Opinion dated April 5, 2010 which reversed "the district court's determination that Byce misappropriated the source code and the award of damages under the ITSA" was entered prior to the bankruptcy proceeding and remains in effect. *Justmed v. Byce*, No. 07-35861 at p. 5166, (9th Cir. April 5, 2010).



DATED: October 6, 2010

Honorable Mikel H. Williams
United States Magistrate Judge